UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER JOHN DOE, et al.,<br><br>    Defendants. | Case No. 2:14-cv-00792-GMN-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 26) |

  Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 26. On April 28, 2015, the Court set a hearing on this motion for May 13, 2015, at 3:00 p.m. Docket No. 27. The Court specifically ordered that, "Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than May 1, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order that he appear and shall file a proof of service." *Id*. Plaintiff's current counsel failed to file a proof of service indicating that he served Plaintiff with the Court's Order, by May 1, 2015, or at anytime thereafter. *See* Docket.

  On May 13, 2015, the Court held the hearing on Plaintiff's counsel's motion to withdraw as scheduled. Plaintiff was not present in the courtroom, and his counsel was unaware as to whether he had ever served him with notice of the hearing.

. . . .

. . . .

The Court therefore continued the hearing to **June 11, 2015, at 3:00 p.m., in Courtroom 3D**. The Court ORDERS that Plaintiff and Plaintiff's counsel shall personally attend the continued hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE PERSONAL APPEARANCE REQUIREMENTS. No later than May 18, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order that he appear and shall file a proof of service. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: May 13, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge