# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO GONZALEZ,<br><br>   Plaintiff(s),<br><br>vs.<br><br>OFFICER JOHN DOE, et al.,<br><br>   Defendant(s). | Case No. 2:14-cv-00792-GMN-NJK<br><br>ORDER<br><br>(Docket No. 31) |

The Court has set a hearing for June 11, 2015. Docket No. 29. The Court ordered Plaintiff's counsel, Mr. Claggett, to appear at that hearing in person, *see id.*, and that order remains unchanged. Pending before the Court is a motion by Plaintiff's counsel for Plaintiff to appear telephonically. Docket No. 31. That motion is hereby **GRANTED**. Plaintiff shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 27, 2015

                _____
                NANCY J. KOPPE
                United States Magistrate Judge