UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RODOLFO GONZALEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:14-cv-00792-GMN-NJK |
| vs. | ) | |
| OFFICER JOHN DOE, et al., | ) | **ORDER RE: MOTION TO WITHDRAW** |
| Defendants. | ) | (Docket No. 39) |

Pending before the Court is Plaintiff's attorney's motion to withdraw. Docket No. 39. Any response shall be filed no later than July 17, 2015. The Court hereby **SETS** a hearing for July 21, 2015, at 3:00 p.m. in Courtroom 3C. Plaintiff and Plaintiff's counsel shall either attend the hearing in person or appear telephonically. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. Plaintiff and Plaintiff's counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: July 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge